CERTIFICATE OF SERVICE

 I hereby certify that on the 20th day of September, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I will mail the document by U.S. Mail to the following non-filing users:

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, VA 23602
Defendant

                /s/
               Joseph M. Young

Joseph M. Young
VSB No.: 17088
RUTTER MILLS, LLP
160 W. Brambleton Avenue
Norfolk, VA 23510
(757) 622-5000
(757) 623-9189 (facsimile)
jyoung@ruttermills.com