AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ORIGINAL

Tatyana A. Babakaeva
Plaintiff(s)

v.   Civil Action No.   4:11cv78

Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C.
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Quadros & Associates, P.C.

FILED
SEP 21 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tatyana A. Babakaeva
2124 Criston Dr.
Newport News, VA 23602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO, Clerk

Date: 5/12/11

Signature of Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:11cv78

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Quadros, RA for Quadros & Associates, P.C.
was received by me on *(date)* 08/24/2011 .

☑ I personally served the summons on the individual at *(place)* Quadros & Associates
2715 Huntington Avenue, Newport News, VA on *(date)* 08/31/2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/31/2011

*Server's signature*

Barry Driskell, Private Process Server
*Printed name and title*

600 Archcove Court
Norfolk, VA 23502

*Server's address*

Additional information regarding attempted service, etc:

## United States District Court

Tatyana A. Babakaeva

        Plaintiff(s)

vs

Robert P. Quadros, Raymond Bacon and
Quadros and Associates, P.C.

        Defendant(s)

**CERTIFICATE OF SERVICE**

Case No.: **4:11cv78**

The undersigned being duly sworn, states:

I am over the age of 18 years old and not a party in the above named entitled action.

**I MADE SERVICE OF:** Summons and Complaint

**SERVICE ON:** Robert Quadros, Registered agent for Quadros and Associates, P.C.

**ADDRESS:** 2715 Huntington Avenue, Newport News, VA

**DATE SERVED:** 08/31/2011  **TIME SERVED:** 1:43 PM

**(XX) PERSONAL SERVICE on Robert Quadros, Registered agent for Quadros and Associates, P.C.**

I declare under penalty of perjury that the return is true and correct.

_____ Date September 16, 2011
Barry Driskell
Driskell Services, Inc.
508 S. Independence Blvd.,
Virginia Beach, VA 23452
757-961-6961

**SUBSCRIBED AND SWORN To** before me a notary public, 09/16/2011
In the City of Norfolk and the Commonwealth of Virginia.

_____
Teena Marie Driskell, Notary Public
Commission#: 268501
My Commission Expires: 4-30-2014

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**ORIGINAL**

Tatyana A. Babakaeva
Plaintiff(s)

v.

Civil Action No. 4:11cv78

Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C.
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Robert P. Quadros

**FILED**
SEP 21 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tatyana A. Babakaeva
2124 Criston Dr.
Newport News, VA 23602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO, Clerk

Date: 5/12/11

Signature of Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:11cv78

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Quadros

was received by me on *(date)* 08/24/2011 .

☑ I personally served the summons on the individual at *(place)* Quadros & Associates
2715 Huntington Avenue, Newport News, VA    on *(date)* 08/31/2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/31/2011

_____
*Server's signature*

Barry Driskell, Private Process Server
*Printed name and title*

600 Archcove Court
Norfolk, VA 23502

*Server's address*

Additional information regarding attempted service, etc:

# United States District Court

Tatyana A. Babakaeva

                          Plaintiff(s)

vs

Robert P. Quadros, Raymond Bacon and
Quadros and Associates, P.C.

                          Defendant(s)

**CERTIFICATE OF SERVICE**

Case No.: **4:11cv78**

The undersigned being duly sworn, states:

I am over the age of 18 years old and not a party in the above named entitled action.

**I MADE SERVICE OF:**    Summons and Complaint

**SERVICE ON:**    Robert P. Quadros

**ADDRESS:**    2715 Huntington Avenue, Newport News, VA

**DATE SERVED:**    08/31/2011    **TIME SERVED:**    1:43 PM

**(XX) PERSONAL SERVICE on Robert P. Quadros**

I declare under penalty of perjury that the return is true and correct.

_____ Date September 16, 2011
Barry Driskell
Driskell Services, Inc.
508 S. Independence Blvd.,
Virginia Beach, VA 23452
757-961-6961

**SUBSCRIBED AND SWORN To** before me a notary public, 09/16/2011
In the City of Norfolk and the Commonwealth of Virginia.

_____
Teena Marie Driskell, Notary Public
Commission#: 268501
My Commission Expires: 4-30-2014

*TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ORIGINAL

| Tatyana A. Babakaeva | |
|---|---|
| Plaintiff(s) | |
| v. | Civil Action No. 4:11cv78 |
| Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C. | |
| Defendant(s) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Raymond Bacon

FILED
SEP 21 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tatyana A. Babakaeva
2124 Criston Dr.
Newport News, VA 23602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO, Clerk

Date: 5/12/11

_____
Signature of Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:11cv78

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Raymond Bacon

was received by me on *(date)* 08/24/2011 .

☑ I personally served the summons on the individual at *(place)* Quadros & Associates 2715 Huntington Avenue, Newport News, VA on *(date)* 09/07/2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/07/2011

*Server's signature*

Barry Driskell, Private Process Server
*Printed name and title*

600 Archcove Court
Norfolk, VA 23502

*Server's address*

Additional information regarding attempted service, etc:

# United States District Court

Tatyana A. Babakaeva

**CERTIFICATE OF SERVICE**

Plaintiff(s)

vs

Case No.: **4:11cv78**

Robert P. Quadros, Raymond Bacon and
Quadros and Associates, P.C.

Defendant(s)

The undersigned being duly sworn, states:

I am over the age of 18 years old and not a party in the above named entitled action.

**I MADE SERVICE OF:** Summons and Complaint

**SERVICE ON:** Raymond Bacon

**ADDRESS:** Quadros & Assocaites, P.C., 2715 Huntington Avenue, Newport News, VA

**DATE SERVED:** 09/07/2011    **TIME SERVED:** 2:30 PM

**(XX) PERSONAL SERVICE on Raymond Bacon**

I declare under penalty of perjury that the return is true and correct.

_____ Date September 16, 2011
Barry Driskell
Driskell Services, Inc.
508 S. Independence Blvd.,
Virginia Beach, VA 23452
757-961-6961

**SUBSCRIBED AND SWORN To** before me a notary public, 09/16/2011
In the City of Norfolk and the Commonwealth of Virginia.

_____
Teena Marie Driskell, Notary Public
Commission#: 268501
My Commission Expires: 4-30-2014

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]