**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF VIRGINIA
SUITE 181
WALTER E. HOFFMAN UNITED STATES COURTHOUSE
600 GRANBY STREET
NORFOLK, VIRGINIA 23510

CHAMBERS OF
**F. BRADFORD STILLMAN**
UNITED STATES MAGISTRATE JUDGE

TELEPHONE: (757) 222-7020
FACSIMILE: (757) 222-7028

October 3, 2011

Carl Hester, Warden
Baskerville Correctional Center
4150 Hayes Mill Road
Baskerville, VA 23915

Re: Antonio D. Martin v. Harold Clarke, Civil Action No. 2:11cv518

Dear Warden:

The Court has received a habeas corpus petition from Antonio D. Martin, #393138, together with a request to proceed in forma pauperis. We understand that Mr. Martin is incarcerated in your institution.

In order that we may assess petitioner's claim of indigency, please furnish the status of Mr. Martin's inmate prison account for the six-month period preceding this date. For your convenience we have enclosed an inmate account report form.

A copy of this report is being sent to petitioner for his information, but petitioner is DIRECTED not to respond to this request. Information can be accepted for purposes of in forma pauperis determination **only** from the institution directly.

Thank you for your cooperation.

Sincerely yours,

F. Bradford Stillman
United States Magistrate Judge

FBS:jmb
Enclosure

cc w/enc.: Mr. Antonio D. Martin