AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Tatyana A. Babakaeva | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:11-cv-00078 |
| Robert P. Quadros, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C.

Date:   10/11/2011

*Attorney's signature*

Mary T. Morgan, Esq.
*Printed name and bar number*

Cooper, Spong & Davis, P.C.
200 High Street, Suite 500
P.O. Box 1475
Portsmouth, Virginia 23705
*Address*

mmorgan@portslaw.com
*E-mail address*

(757) 397-3481
*Telephone number*

(757) 397-8167
*FAX number*