**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk-Newport News Division

| | |
|---|---|
| **TATYANA A. BABAKAEVA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 4:11-cv-78 |
| : | |
| **ROBERT P. QUADROS, ESQ.** : | |
| : | |
| and : | |
| : | |
| **RAYMOND BACON, ESQ.,** : | |
| : | |
| and : | |
| : | |
| **QUADROS & ASSOCIATES, P.C.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the Appearance of Counsel filed with the United States District Court in the above-captioned matter was served on the party listed below via U.S. Mail, first class, postage prepaid, on the 12th day of October, 2011:

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, Virginia 23602
*Pro se Plaintiff*

Dated: October 14, 2011                    _____/s/_____
Mary T. Morgan, Esq.
VSB No.: 44955
COOPER, SPONG & DAVIS, P.C.
200 High Street, Suite 500
Portsmouth, Virginia 23704
Telephone: (757) 397-3481
Facsmile: (757) 397-8167
Fax: 757-397-8167
Email: mmorgan@portslaw.com
*Counsel for Defendants Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C.*

## **CERTIFICATE**

I hereby certify that on the 14th day of October, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will send a true and accurate copy via U.S. Mail, first class, postage pre-paid to the following:

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, Virginia 23602
*Pro se Plaintiff*

                                                                                                   /s/
Mary T. Morgan, Esq.
VSB No.: 44955
COOPER, SPONG & DAVIS, P.C.
200 High Street, Suite 500
Portsmouth, Virginia 23704
Telephone: (757) 397-3481
Facsimile: (757) 397-8167
E-mail: mmorgan@portslaw.com
*Counsel for Defendants Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C.*