**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk-Newport News Division**

| | | |
|---|---|---|
| **TATYANA A. BABAKAEVA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No.: 4:11-cv-78 |
| | : | |
| **ROBERT P. QUADROS, ESQ.** | : | |
| | : | |
| and | : | |
| | : | |
| **RAYMOND BACON, ESQ.,** | : | |
| | : | |
| and | : | |
| | : | |
| **QUADROS & ASSOCIATES, P.C.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of Defendants' Rule 26(a)(1) Initial Disclosures was mailed to the party listed below via U.S. Mail, first class, postage prepaid, on the 3rd day of November, 2011:

    Tatyana A. Babakaeva
    2124 Criston Drive
    Newport News, Virginia 23602
    *Pro se Plaintiff*

Dated: November 3, 2011                  _____/s/_____
                                              Mary T. Morgan, Esq.
                                              VSB No.: 44955
                                              COOPER, SPONG & DAVIS, P.C.
                                              200 High Street, Suite 500
                                              Portsmouth, Virginia 23704
                                              Telephone: (757) 397-3481
                                              Facsimile: (757) 397-8167
                                              Email: mmorgan@portslaw.com
                                              *Counsel for Defendants Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C.*

## **CERTIFICATE**

I hereby certify that on the 3rd day of November, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will send a true and accurate copy via U.S. Mail, first class, postage pre-paid to the following:

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, Virginia 23602
*Pro se Plaintiff*

_____/s/_____
Mary T. Morgan, Esq.
VSB No.: 44955
COOPER, SPONG & DAVIS, P.C.
200 High Street, Suite 500
Portsmouth, Virginia 23704
Telephone: (757) 397-3481
Facsimile: (757) 397-8167
E-mail: mmorgan@portslaw.com
*Counsel for Defendants Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C.*