# UNITED STATES DISTRICT COURT

__Eastern__ District of __Virginia__

Tatyana A. Babakaeva
           Plaintiff (s),

V.

Robert P. Quadros, et al
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:11-cv-00078

Notice is hereby given that, subject to approval by the court, __Robert P. Quadros, et al__ substitutes
           (Party (s) Name)

__Mary T. Morgan, Esq.__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Joseph M. Young, Esq.__
           (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Cooper, Spong & Davis, P.C. |
| Address: | 200 High Street, Suite 500, P.O. Box 1475, Portsmouth, Va. 23705 |
| Telephone: | (757) 397-3481    Facsimile  (757) 397-8167 |
| E-Mail (Optional): | mmorgan@portslaw.com |

I consent to the above substitution.
Date: 10/12/11

*Robert P. Quadros, Individually* /s/ *Raymond B Bacon   Raymond Bacon*
*and on behalf of Quadros & Associates, P.C.*
(Signature of Party (s))

I consent to being substituted.
Date: 10/12/11

*Joseph M Young*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/12/11

*Mary J. Morgan*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 8, 2011

*F Bradford Stillman*
F. BRADFORD STILLMAN
UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]