IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED

MAR 1 2012

CLERK'S DISTRICT COURT

TATYANA A. BABAKAEVA,

    Plaintiff,

v.                         CIVIL ACTION NO. 4:11cv78

ROBERT P. QUADROS, ET AL.,

    Defendants.

### *ORDER*

The complaint in this case was filed on May 11, 2011, the final pretrial conference is scheduled April 6, 2012, and the trial is scheduled April 24, 2012. Accordingly, it is,

**ORDERED** that counsel for the parties shall contact Magistrate Judge F. Bradford Stillman within five (5) days of the date of this Order and schedule a settlement conference for this case.

The Court **DIRECTS** the Clerk to send a copy of this Order to the parties.

**IT IS SO ORDERED.**

_____
Raymond A. Jackson
United States District Judge

Norfolk, Virginia
February 29, 2012