**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk-Newport News Division**

| | | |
|---|---|---|
| **TATYANA A. BABAKAEVA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 4:11-cv-78 |
| **ROBERT P. QUADROS, ESQ.** | : | |
| and | : | |
| **RAYMOND BACON, ESQ.,** | : | |
| and | : | |
| **QUADROS & ASSOCIATES, P.C.,** | : | |
| Defendants. | : | |

## MOTION FOR SUMMARY JUDGMENT

COME NOW, Defendants, Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C. (collectively, "Defendants"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 56 and E.D. Va. Local Rule 56, and move for summary judgment with respect to Plaintiff's Complaint. In support of this Motion, Defendants state that for the reasons set forth in the accompanying Memorandum in Support of Defendants' Motion for Summary Judgment and supporting documentation, there exists no genuine issue of material fact as to the Plaintiff's Complaint and Defendants are entitled to summary judgment as a matter of law.

                                                                            ROBERT P. QUADROS
                                                                            RAYMOND BACON
                                                                            QUADROS & ASSOCIATES, P.C.

Dated: March 16, 2012                             /s/
                                            Mary T. Morgan, Esq.
                                            VSB No.: 44955
                                            COOPER, SPONG & DAVIS, P.C.
                                            200 High Street, Suite 500
                                            Portsmouth, Virginia 23704
                                            Telephone: (757) 397-3481
                                            Facsmile: (757) 397-8167
                                            Fax: 757-397-8167
                                            Email: mmorgan@portslaw.com
                                            *Counsel for Defendants Robert P. Quadros,*
                                            *Raymond Bacon and Quadros & Associates, P.C.*

## **CERTIFICATE**

I hereby certify that on the 16th day of March, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and a true and accurate copy of the foregoing will be hand-delivered and sent via U.S. Mail, first class, postage pre-paid to the following:

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, Virginia 23602
*Pro se Plaintiff*

                                        _____/s/_____
                                        Mary T. Morgan, Esq.
                                        VSB No.: 44955
                                        COOPER, SPONG & DAVIS, P.C.
                                        200 High Street, Suite 500
                                        Portsmouth, Virginia 23704
                                        Telephone: (757) 397-3481
                                        Facsimile: (757) 397-8167
                                        E-mail: mmorgan@portslaw.com
                                        *Counsel for Defendants Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C.*