# Exhibit 1

**Tatyana Babakaeva**
**2124 Criston Dr.**
**Newport News, VA 23602**
**Phone:        (757) 249 3072**
**Fax:             (757) 249 3072**

# FAX

**TO:    Cecilia Nguyen**

| | | | |
|---|---|---|---|
| **Fax:** | (757) 224-4611 | **Pages:** | **3**   (including this page) |
| **Phone:** | | **Date:** | April 6, 2010 |
| **Re:** | Notarized sworn statements are missing identity/printed names of the affiants | | |

(Urgent)     **For Review        Please Comment   Please Reply     Please Recycle**

## DEBT AFFIDAVIT

STATE OF VIRGINIA

CITY OF NEWPORT NEWS, to-wit:

   This day personally appeared before me, Cecilia Nguyen, a Notary Public in and for the City/County and State aforesaid, the undersigned, who being duly sworn states that he/she is an authorized special agent of the plaintiff, WILSON & WILSON, P.C., and that to the best of his/her knowledge and belief defendant, TATYANA BABAKAEVA is justly indebted to the plaintiff, WILSON & WILSON, P.C., in the principal sum of $ 2848.18, with late fees of $ 0.00, with interest at 6.0000 %, and attorney fees of $ 712.05, no part of which has been paid and against which there are no lawful offsets or counter claims.

_____
Designated Agent

---

   Subscribed and sworn to before me on January 25, 2008.

_____
Notary Public

My commission expires: June 30, 2010
Notary Registration No.: 7056879_____

Q&A:D111 173528.001 CN