**Exhibit 2**

**QUADROS & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

(757) 244-4611
FAX (757) 244-4631

ROBERT P. QUADROS

RAYMOND B. BACON

April 6, 2010

**Certified Mail - Return Receipt Requested**

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, VA 23602

      RE: **Wilson & Wilson v. Tatyana A. Babakaeva**
           **Our File No. 173528.001**

Dear Ms. Babakaeva:

    I am advised by one of my staff members that you contacted her by telephone and indicated some dilemma associated with her notarial acknowledgment on documents in the suit in which we represent Wilson & Wilson, P.C. against yourself.

    Please be advised that I have hereby directed all of my staff to no longer accept telephone messages from you, and I would further advise that you are hereby banned from the premises located at 2715 Huntington Avenue, Newport News, Virginia.

    I do so for the security of my staff.

    Also, please understand that any and all activities undertaken by members of this staff are done so by my specific guidance and direction and I, and I alone, am solely responsible for any alleged improprieties.

    This letter is being sent to you certified mail, return receipt requested, and regular mail so I will be sure that you have received it.

    If you wish to communicate with this office the fax number for our facsimile is in the letterhead, and we regularly receive mail so you may deal with us by mail or by fax.

COPY

Tatyana A. Babakaeva
April 6, 2010
Page 2

      Your attempts to intimidate my staff will be dealt with at the appropriate time in the appropriate manner.

                              Very truly yours,

                              Quadros & Associates, P.C.

                              Robert P. Quadros

RPQ/sjp

cc: Wilson & Wilson, P.C.
    Tatyana A. Babakaeva (via regular U.S. Mail)

**THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT.
ANY INFORMATION OBTAINED THEREFROM MAY BE USED FOR THAT PURPOSE.**