# Exhibit 3

VIRGINIA:   IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS

| | |
|---|---|
| WILSON & WILSON, PC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: CL0900448V-04 |
| ) | |
| TATYANA A. BABAKAEVA, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF TAKING DEPOSITION AND REQUEST TO PRODUCE DOCUMENTS

TO EACH PARTY AND THEIR ATTORNEY OF RECORD IN THIS CASE:

**PLEASE TAKE A NOTICE** that, pursuant to Rule 4:5 of the Rules of Supreme Court of Virginia, Defendant Tatyana A. Babakaeva will take deposition upon oral examination of a third-party witness, notary public Cecilia Nguyen (Registration No. 7056879), in the witness room of Part 5 of the Newport News Circuit Court, located at 2501 Huntington Ave, Newport News, Virginia 23607, commencing on April 13, 2010 at 3:30 pm.

**YOU ARE ALSO NOTIFIED THAT:** The deponent is hereby required, pursuant to Rule 4:5 (b)(1) of the Rules of Supreme Court of Virginia, to produce for inspection and examination at the deposition an original and two copies of the pages of the official registrar of notary public Cecilia Nguyen, Registration No. 7056879, containing records of notarial acts performed or about January 25, 2008 and, specifically, showing record of notarization of any affidavits made on or about January 25, 2008 and affirming the facts pertaining to the alleged debt of Tatyana Babakaeva.

DATED this 9th day of April 2010.

*Tatyana Babakaeva*
Tatyana A. Babakaeva, *pro sé*
2124 Criston Dr.
Newport News, VA 23602

1

*Please return to Newport News Circuit Court as PROOF OF SERVICE.*

926-8585
Sheriff
Civil Division

# Newport News Circuit Court
## Civil Division
2500 Washington Avenue
Newport News, VA 23607

## Proof Of Service

Virginia:
In the Newport News Circuit Court

Case number: 700CL0900448V-04
Service number: 003
Service filed: 03/12/2009
Judge: TF

Served by: SPECIAL PROCESS SERVER
Style of case: WILSON & WILSON PC vs TATYANA BABAKAEVA

Service on: CECILIA NGUEN
REGISTRATION NO 7056879
ADDRESS NOT PROVIDED

Attorney: PRO SE

Type of service: Defendant witness other than court (DWE )

Instructions: DEPOSITION SUBPOENA

Hearing date: Thursday, April 22, 2010 at 11:00AM
Date issued : Wednesday, April 14, 2010

For Sheriff Use Only