# Exhibit 5

**QUADROS & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

(757) 244-4611
FAX (757) 244-4631

ROBERT P. QUADROS
___

RAYMOND B. BACON

May 10, 2010

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, VA  23602

     **RE:  Wilson & Wilson v. Tatyana A. Babakaeva**
        **Our File No. 173528.001**

Dear Ms. Babakaeva:

     I enclose herewith the proposed Judgment Order, which as I understand states what the court ordered.

     Please sign it and return it to me in the enclosed self-addressed stamped envelope, and I will present it to the Court for its consideration and entry.

               Very truly yours,

               Quadros & Associates, P.C.

               Robert P. Quadros

RPQ/sjp
Enclosures

cc:  Wilson & Wilson, P.C.

**THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED THEREFROM MAY BE USED FOR THAT PURPOSE.**

# QUADROS & ASSOCIATES, P.C.

ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

(757) 244-4611
FAX (757) 244-4631

ROBERT P. QUADROS
——————
RAYMOND B. BACON

June 8, 2010

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, VA  23602

RE: **Wilson & Wilson v. Tatyana A. Babakaeva**
Our File No. 173528.001

Dear Ms. Babakaeva:

With regard to the above matter and pursuant to Judge Fisher's May 17, 2010 correspondence I have revised the Judgment Order. I believe it will be necessary to schedule a hearing to have the Order entered, and to that end I have obtained available dates with Judge Fisher's administrative assistant.

Please select one of the below dates and advise my secretary, Sandy, which of the dates is convenient for you.

June 22, 2010 @ 9:00 a.m.      June 29, 2010 @ 9:30 a.m.      July 13, 2010 @ 8:30 a.m.
July 15, 2010 @ 9:00 a.m.      July 19, 2010 @ 8:30 a.m.

If I have not had a response from you within seven days from the date of this correspondence, I will select a date that is convenient for my schedule and advise you in writing of the date selected.

By copy of this correspondence I am advising Judge Fisher of my communication with you.

Very truly yours,

Quadros & Associates, P.C.

Robert P. Quadros

RPQ/sjp

cc: Wilson & Wilson, P.C.
    The Honorable Timothy S. Fisher, Judge

**THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED THEREFROM MAY BE USED FOR THAT PURPOSE.**