# Exhibit 7

**QUADROS & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

(757) 244-4611
FAX (757) 244-4631

ROBERT P. QUADROS

RAYMOND B. BACON

June 17, 2010

Rex Davis, Clerk
Newport News Circuit Court
2500 Washington Avenue
Newport News, VA 23607

RE: **Wilson & Wilson, PC v. Tatyana Babakaeva**
**Case No. CL0900448V-04**
**Hearing Date: 06/29/2010 @ 10:00 a.m.**
**Our File No. 173528.004**

Dear Mr. Davis:

With regard to the above matter enclosed please find a *Motion to Enter Judgment Order* and *Notice of Entry,* together with a proposed sketch of *Judgment Order.*

Won't you please file these with the other papers currently pending in this matter.

I certify that I mailed a copy of this correspondence this date to defendant Tatyana Babakaeva at her last known address 2124 Criston Drive, Newport News, VA 23602.

Thanking you in advance for your attention to this matter, I am

Very truly yours,

Quadros & Associates, P.C.

Robert P. Quadros

RPQ/sjp
Enclosures

cc: Wilson & Wilson
    Tatyana Babakaeva ✓

4:11cv78 PLAINTIFF-164

*VIRGINIA:* IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS

Wilson & Wilson, P.C.,
    Plaintiff

v.
                                             Case No. CL0900448V-04

Tatyana Babakaeva,
    Defendant

## MOTION TO ENTER JUDGMENT ORDER

**COMES NOW** Plaintiff, Wilson & Wilson, P.C., by counsel, and moves that this Court enter its Judgment Order against Defendant Tatyana Babakaeva, a draft of which is attached hereto.

**WHEREFORE,** Plaintiff prays that this Court enter its Judgment Order against Defendant Tatyana Babakaeva, and for such other relief that is proper and just.

Wilson & Wilson, P.C.

By: _____
             Of Counsel

Robert P. Quadros, VSB #14402
Raymond B. Bacon, VSB #35376
Quadros & Associates, P.C.
2715 Huntington Avenue
Newport News, VA 23607
(757) 244-4611
#173528.01

### Certificate of Service

I hereby certify that on the ____11____ day of June, 2010 I mailed a true and accurate copy of the foregoing *Motion To Enter Judgment Order* to:

Tatyana Babakaeva
2124 Criston Drive
Newport News, VA 23602
Defendant

_____
Robert P. Quadros

4:11cv 78 PLAINTIFF-165

*VIRGINIA:* **IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS**

**Wilson & Wilson, P.C.,**
    Plaintiff

                                     :       Case No. CL0900448V-04

v.

**Tatyana Babakaeva,**
    Defendant

### NOTICE OF ENTRY

    **PLEASE TAKE NOTICE** that on the 29th day of June, 2010 at 10:00 a.m., I will move the Honorable Timothy S. Fisher, Judge of this Honorable Court, located at 2501 Huntington Avenue, 1st Floor, Courtroom #5, Newport News, VA, for entry of the attached *Order*.

    **PLEASE GOVERN YOURSELF ACCORDINGLY.**

                             Wilson & Wilson, P.C.

                              By _____
                                    Of Counsel

Robert P. Quadros, VSB #14402
Raymond B. Bacon, VSB #35376
QUADROS & ASSOCIATES, P.C.
2715 Huntington Avenue
Newport News, VA 23607
(757) 244-4611
# 173528.001

### CERTIFICATE OF MAILING

    I certify that on this __17__ day of June, 2010 I mailed a true and accurate copy of the foregoing *Notice of Entry* and proposed *Order* to:

        Tatyana Babakaeva
        2124 Criston Drive
        Newport News, VA  23602
        Defendant

                              _____
                                Robert P. Quadros

*4:11cv78 PLAINTIFF- 166*