**Exhibit 8**

Tatyana Babakaeva
2124 Criston Dr.
Newport News, VA 23602
Phone: (757) 249-3072

June 21, 2010

Honorable Timothy S. Fisher
Newport News Circuit Court, Courtroom Five
2501 Huntington Ave
Newport News, VA 23607

    Re:    *Wilson and Wilson, P.C. v Tatyana A. Babakaeva, Case No: CL09-00448V-04*

Honorable Judge Fisher:

    Mr.Quadros filed with the Court and copied to me his "revised" draft of the final Order in the above-style captioned case. To expedite the process, I endorsed the "revised" draft of the Order in the Court Clerk's office, and I respectfully request that this Honorable Court enter the Order immediately to allow prompt commencement of the appeal. Under VSCR 1:13, the filing of endorsed draft of the Order eliminates the possibility of controversy which Mr.Quaros noticed for the June 29 hearing. If Mr.Quadros is not able, or is not willing, to supply his signature on the draft of the Order he is moving this Honorable Court to enter, there is a good cause to dispense with the signature requirement as to the plaintiff's signature pursuant to VSCR 1:13.

Respectfully submitted,

*Tatyana Babakaeva*
Tatyana Babakaeva

cc: Robert Quadros
cc: James Shoemaker

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2010 I will mail first class, postage prepaid, a true and accurate copy of the foregoing letter to Robert P. Quadros, Esquire, Counsel for the Plaintiff, Quadros & Associates, P.C., 2715 Huntington Ave., Newport News, Virginia 23607.

*Tatyana Babakaeva*
Tatyana A. Babakaeva, *pro se*
2124 Criston Dr
Newport News VA, 23602

certify that the document...
authentication is affixed...
a record in the Newpo...
that I have custody of the record...
I am the custodian of that record

Rex A. Davis, Clerk
By ___

| *VIRGINIA*: IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS |
|---|

Wilson & Wilson, P.C.,   :
    Plaintiff   :
v.   :   Case No. CL0900448V-04
   :
Tatyana Babakaeva,   :
2124 Criston Drive   :
Newport News, VA 23602   :
    Defendant   :

## JUDGMENT ORDER

THIS DAY CAME Plaintiff, Wilson & Wilson, P.C., by counsel and in person, and Defendant, Tatyana Babakaeva, *pro se*, was present, upon Defendant's perfection of appeal of this matter from the General District Court, Civil Division for the City of Hampton, this matter came upon motion of the Plaintiff and was heard by the Court ore tenus.

WHEREFORE, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Defendant, Tatyana Babakaeva, is indebted unto the Plaintiff, Wilson & Wilson, P.C., in the principal sum of Two Thousand Five Hundred Eighty-three and 50/100 Dollars ($2583.50) with interest thereon at the rate of 6.00% per annum from December 7, 2007 until paid in full. Further, that attorney's fees pursuant to the Contract in the amount of $645.88 are hereby awarded, plus the costs of this action.

In addition thereto, pursuant to the motion of the Plaintiff, through its counsel, that the Defendant, Tatyana Babakaeva, for the purpose to harass and cause unnecessary delay did attempt to set a deposition to be heard in the Courthouse hereof and that the person to be deposed by the Defendant was a clerical employee of the Plaintiffs' counsel, Quadros & Associates, P.C. Such attempt being merely to harass and for the improper purpose of delaying trial in this matter, and thus, Defendant, Tatyana Babakaeva, by law is found to be in contempt of this Court and is sanctioned the sum of $500.00 in addition to the sums due and owing under the contract contained in this litigation.

In addition thereto, the Clerk is hereby Ordered to distribute to Quadros & Associates, P.C., attorneys for Wilson & Wilson, P.C. the principal plus interest and court costs covered by the Bond hereinbefore paid by Defendant and to distribute the sanction of $500.00 to Quadros & Associates, P.C., attorneys for Wilson & Wilson, P.C. and that the balance should be returned to Defendant.

ENTERED this _____ day of _____, 2010.

I certify that the document [illegible]
authentication is a[illegible]
a record in the Ne[illegible]
that I have custody [illegible]
I am the custodian o[illegible]

_____
Timothy S. Fisher, Judge    A. Davis, Clerk
                                      By _____

I ask for this:

_____
Robert P. Quadros, VSB #14402
Quadros & Associates, P.C.
2715 Huntington Avenue
Newport News, VA 23607
(757) 244-4711
Counsel for Plaintiff
#173528.001

Have Seen and _objected_
_____

_Tatyana Babakaeva_
Tatyana Babakaeva
2124 Criston Drive
Newport News, VA 23602
Defendant *pro se*

I certify that the documents to which this authentication is affixed are true copies of a record in the Newport News Circuit Court, that I have custody of the record and that I am the custodian of that record.

Rex A. Davis, Clerk
By _____