# Exhibit 9

## *V I R G I N I A*: IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS

Wilson & Wilson, P.C.,         :
      Plaintiff             :

v.                            :      Case No. CL0900448V-04
                                :

Tatyana Babakaeva,               :
2124 Criston Drive              :
Newport News, VA 23602     :
      Defendant            :

### JUDGMENT ORDER

THIS DAY CAME Plaintiff, Wilson & Wilson, P.C., by counsel and in person, and Defendant, Tatyana Babakaeva, *pro se*, was present, upon Defendant's perfection of appeal of this matter from the General District Court, Civil Division for the City of Hampton, this matter came upon motion of the Plaintiff and was heard by the Court ore tenus.

**WHEREFORE**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that the Defendant, Tatyana Babakaeva, is indebted unto the Plaintiff, Wilson & Wilson, P.C., in the principal sum of Two Thousand Five Hundred Eighty-three and 50/100 Dollars ($2583.50) with interest thereon at the rate of 6.00% per annum from December 7, 2007 until paid in full. Further, that attorney's fees pursuant to the Contract in the amount of $645.88 are hereby awarded, plus the costs of this action.

In addition thereto, pursuant to the motion of the Plaintiff, through its counsel, that the Defendant, Tatyana Babakaeva, for the purpose to harass and cause unnecessary delay did attempt to set a deposition to be heard in the Courthouse hereof and that the person to be deposed by the Defendant was a clerical employee of the Plaintiffs' counsel, Quadros & Associates, P.C. Such attempt being merely to harass and for the improper purpose of delaying trial in this matter, and thus, Defendant, Tatyana Babakaeva, by law is found to be in contempt of this Court and is sanctioned the sum of $500.00 in addition to the sums due and owing under the contract contained in this litigation.

In addition thereto, the Clerk is hereby Ordered to distribute to Quadros & Associates, P.C., attorneys for Wilson & Wilson, P.C. the principal plus interest and court costs covered by the Bond hereinbefore paid by Defendant and to distribute the sanction of $500.00 to Quadros & Associates, P.C., attorneys for Wilson & Wilson, P.C. and that the balance should be returned to Defendant.

ENTERED this _____ day of _____, 2010.

I certify that the documents to which this authentication is affixed are true copies of a record in the Newport News Circuit Court. that I have custody of the record and that I am the custodian of that record.

By [signature] Davis, Clerk _____ .,C.

_____
Timothy S. Fisher, Judge

I ask for this:

Robert P. Quadros, VSB #14402
Quadros & Associates, P.C.
2715 Huntington Avenue
Newport News, VA  23607
(757) 244-4711
Counsel for Plaintiff
#173528.001

Have Seen and ~~Waived~~ Rule 1:13 —

Defendant called admin ass'ts and advised she
would not be appearing but would
pick up copy of order in Clerk's
office - TB

Tatyana Babakaeva
2124 Criston Drive
Newport News, VA  23602
Defendant *pro se*