# Exhibit 12

**Bank of America**  **Higher Standards**

**Bank of Amer**

Home    Admin    Tools

| Payments | Receipts | Treasury | Trade | Images | Notifications |

# Next Options

*04/30/*

## CONTROL INFORMATION

**PI Reference:**

**Payment Type:** USD Wire

**Debit Account:** ▬▬▬▬▬▬

**Account Name:** lYTLE TITLE AND ESCROW LLC

**Payment Amount:** $92,291.07

**Payment Status:**

**Value Date:** 04/30/2007

**Your Reference:** LIED 03917

---

**BENEFICIARY BANK INFORMATION**

**ID Type:** ABA

**ID:** 061000104

**Name:** SUNTRUST BANK

**Address:** 25 PARK PLACE NE

**City:** ATLANTA

**State:** GA

**Country:** US

**BENEFICIARY INFORMATION**

**ID Type:** ACCT

**ID:** 204048354

**Name:** Wilson & Wilson PC Trust Account

**Address:**

**Charges:**    None Selected

**Bank-to-Bank Information:**

**Details of Payment:** reference: Tatyana A. Babakaeva proceeds

| Edit Payment | Release Now | Save for Release |

I certify that this a true copy Shirley A. Mitchell at
Lytle Title & Escrow.

🔒 Secure Area    *Shirley A. Mitchell*    2/13/09

Shirley A. Mitchell    Date

Home • Online Privacy Policy