# Exhibit 13

# Wilson & Wilson, P.C.

## ATTORNEYS AT LAW

744-A Thimble Shoals Blvd
Newport News, VA 23606
757/873-6620 Phone
757/873-1938 Fax

3814 Kecoughtan Road
Hampton, VA 23669
757/727-0102 Phone
757/727-7956 Fax

Tatyana Babakaeba - Trust

June 15, 2007                                    STATEMENT OF ACCOUNT

|  |  |  | Amount |
|---|---|---|---|
| 5/4/2007 | Credit |  | ($100.00) |
| 5/4/2007 | Invoice No. 26143 | 26143 | $100.00 |
| 5/19/2007 | Invoice No. 26481 | 26481 | $800.00 |
| 5/19/2007 | Payment from account |  | ($800.00) |
| 5/3/2007 | Deposit to account. Check No. wire |  | $92,291.07 |
| 5/19/2007 | Payment from account |  | ($800.00) |
| 5/28/2007 | Payment to account correction. Check No. credit |  | $800.00 |
|  | Client holding acct: |  | $92,291.07 |

TO READ THIS BILL: We do not apply funds from your "client holding acct" until all legal work has been completed. If the balance of your holding account equals "current balance" of this billing, you owe nothing at this time.

Balance Due in 30 Days. Thank you for your prompt payment.

4:11cv78 PLAINTIFF-143
WILSON1