# Exhibit 15

| | | |
|---|---|---|
| RAYMOND H. SUTTLE<br>B.M. MILLNER<br>RALPH M. GOLDSTEIN<br>JOHN T. TOMPKINS, III<br>CONWAY H. SHEILD, III<br>DAVID W. OTEY<br>HERBERT V. KELLY, JR.<br>RICHARD B. DONALDSON, JR.<br>DAVID W. OTEY, JR.<br>MICHAEL B. WARE<br>ROBYN HYLTON HANSEN<br>LEONARD C. HEATH, JR.<br>RAYMOND H. SUTTLE, JR.<br>BRYAN H. SCHEMPF<br>HELENA S. MOCK<br>J. VANCE STALLINGS<br>SUSAN E. LUSCOMB<br>MATTHEW D. MEADOWS | **Jones, Blechman, Woltz & Kelly, P.C.**<br>Attorneys and Counselors at Law<br><br>701 TOWN CENTER DRIVE, SUITE 800<br>POST OFFICE BOX 12888<br>NEWPORT NEWS, VIRGINIA 23612-2888<br>(757) 873-8000<br>FACSIMILE: (757) 873-8103<br><br>485 McLAWS CIRCLE<br>WILLIAMSBURG, VIRGINIA 23185<br>(757) 259-5700<br>FACSIMILE: (757) 259-5717 | ALLAN D. JONES, 1875-1954<br>DANIEL SCHLOSSER, 1913-1977<br>P.O. BLECHMAN, 1905-1986<br>ARTHUR W. WOLTZ, 1905-1993<br>THOMAS N. DOWNING, 1919-2001<br>SVEIN J. LASSEN, 1947-2006<br>HERBERT V. KELLY, 1920-2007<br><br>SHAWN W. OVERBEY<br>REBECCA L. SHWAYDER AMAN<br>JENNIFER L. MUSE<br>LAUREN C. BADDAR<br>JOSEPH F. VERSER |

REPLY TO: Newport News
Direct Dial No. 873-8110
Internet E-Mail Address: bschempf@jbwk.com



June 22, 2007

*Via Facsimile (425-6100) and Regular Mail*
Jeffrey D. Tarkington, Esquire
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Sandpiper Key
Virginia Beach, VA 23451-6365

RE: Nikolai I. Sinkine v. Tatyana A. Babakaeva
    CL06-0110

Dear Mr. Tarkington:

This acknowledges receipt of the Decree of Reference. As we discussed previously, I am not willing to endorse the Decree of Reference until I have had an opportunity to review the transcript of the equitable distribution hearing. I expect that I will be filing the appropriate motion to enforce the agreement we had reached at that hearing with respect to division of marital debts and property.

I would appreciate your updating me concerning the status of your client's deportation hearing.

Thank you for your usual assistance and cooperation.

Very truly yours,

JONES, BLECHMAN, WOLTZ & KELLY, P.C.

Bryan H. Schempf

BHS:st
cc: Nikolai Sinkine