# Exhibit 16

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF HAMPTON, PART IV

| | |
|---|---|
| PAUL H. WILSON and <br> WILSON & WILSON, P.C., <br>     Plaintiffs, <br> v. <br><br> TATYANA A. BABAKAEVA and <br> NIKOLAI I. SINKINE, <br>     Defendants. | ) <br> ) <br> ) <br> )    Case No.: CL09002375-00 <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT BABAKAEVA'S AMENDED PETITION FOR PAYMENT

Defendant, Tatyana A. Babakaeva ("Babakaeva"), *pro se*, hereby respectfully petitions this Honorable Court for payment, and in support thereof states as follows:

1. On or about November 4, 2009 Plaintiffs ("Wilson") instituted the above-captioned action by filing with this Court Complaint for Interpleader ("Complaint").

2. Complaint alleges that Wilson had possession of the funds ("Funds") deposited by Defendants to Wilson's trust on or about April 27, 2007, and the Court records indicate that Wilson paid the amount to the registry of this Court on or about November 4, 2009.

3. Complaint alleges that Babakaeva has valid claim to Funds.

4. Complaint does not affirmatively state existence of claims to the Funds by others.

5. Babakaeva is the sole beneficiary in the trust and the sole claimant to the Funds.

WHEREFORE, Defendant Babakaeva prays that the Court award Defendant Babakaeva the entire sum of $92, 291.07 together with interest accrued from November 4, 2009, and that the Clerk of this Court be directed to pay over said funds to Tatyana A Babakaeva.

*/s/ Tatyana Babakaeva*
Tatyana A. Babakaeva, *pro se*
2124 Criston Dr.
Newport News, VA 23602