# Exhibit 18

# WILSON & WILSON, P.C.

*Attorneys at Law*
www.wilsonandwilsonofva.com

Christie M. Wilson
744-A Thimble Shoals Blvd.
Newport News, VA 23606
Phone: (757) 873-6620
Fax: (757) 873-1938
cmw@wilsonlaw.org

Paul H. Wilson
3814 Kecoughtan Road
Hampton, VA 23669
Phone: (757) 727-0102

phw@wilsonlaw.org

September 19, 2007

Bryan Schempf
Jones, Blechman, Woltz & Kelley
701 tower Center Dr.
Suite 800
Newport News, VA 23612-288
Via Fax 873-8053

Jeffrey D. Tarkington
Hofheimer and Ferrebee
1060 Laskin Rd.
Suite 12B
Virginia Beach, VA 23451
Via Fax 425-6100

Dear Gentlemen,

Re: Babakaiva/ Sinkine

As you are aware I am continuing to hold the proceeds of the sale of the home in my trust account pursuant to the court's order. I had suggested at the time that the funds be placed in some form of interest bearing account, but the parties did not wish to do so.

The purpose of this letter is simply to remind the parties, through your offices, that the funds remain in a non interest bearing account. While I am sure the Legal Services Foundation appreciates the loan, the parties would obviously be better off if the funds were invested. Quite honestly, I would like to be relieved of the funds as I no longer have any connection with the case.

The amount being held is $92,291.07

Sincerely,

Paul H. Wilson

**HOFHEIMER/FERREBEE, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
1060 LASKIN ROAD, SUITE 12B
SANDPIPER KEY
VIRGINIA BEACH, VIRGINIA 23451-6365

MARY ELIZABETH DAVIS
JACK E. FERREBEE
SHEERA R. HERRELL
CHARLES R. HOFHEIMER
KRISTEN D. HOFHEIMER
JEFFREY D. TARKINGTON

TELEPHONE (757) 425-5200
FACSIMILE (757) 425-6100
E-mail: jtarkington@hoflaw.com
Our File No. 070062

October 3 [handwritten]
~~September 28~~, 2007

Mr. Paul H. Wilson, Esquire
WILSON & WILSON, P.C.
3814 Kecoughtan Road
Hampton, VA 23669

    Re:  *Nikolaii Sinkine  v. Tatyana A. Babakaeva*
          CL06-0110

Dear Mr. Wilson:

I am in receipt of your letter to this office dated September 19, 2007 wherein you state that you are holding $92,291.07 in a trust account for the referenced parties. By copy of this letter to Mr. Schempf, I am suggesting that you transfer that money into an interest bearing trust account at my firm.

In addition, I do not feel that this money should be released pending a Commissioner's hearing in this matter, as directed by Judge Andrews in June.

Should you have any questions or comments regarding this matter, please contact this office at your earliest convenience.

Very truly yours,

Jeffrey D. Tarkington

MED/kb

cc:  [redacted]
      Bryan H. Schempf, Esquire