# Exhibit 21

Tatyana Babakeva
2124 Criston Dr
Newport News, VA 23602

March 28, 2008

Paul Wilson, Esq.
c/o Robert Quadros, Esq.
Quadros & Assoc. PC
2715 Huntington Ave.
Newport News, VA 23607

**RE: Hampton General District Court, Case No: GV08002124-00**
    **Wilson&Wilson v. Tatyana Babakaeva**

Dear Mr.Robert Quadros:

      Your client is a former counsel for Tatyana Babakaeva in a divorce suit in the Circuit Court for the city of Hampton *Nikolai I. Sinkine v. Tatyana Babakaeva*, Case No. CL06-000110-00.
      On or about April 30, 2007 the remainder of proceeds of the sale of the marital domicile of the parties to the divorce suit was placed, at the owners request, in the escrow account of Mr.Paul Wilson, Esq., pending resolution on equitable distribution of the marital assets.
      By the terms of the final Decree of Divorce entered on June 19, 2007 the Court ordered the parties to keep the proceeds of the sale of marital domicile in said escrow account until its further orders. The Court did not render a ruling as to the matter of equitable distribution and did not retain jurisdiction over any issues which were in dispute.
      The personal jurisdiction of the divorce Court over the parties to the divorce case ceased on July 10, 2007. The subject matter jurisdiction of the divorce Court over former marital assets and Court's control over any disputed property and money ceased the same day.
      The parties have not reached a settlement agreement which would dispose the dispute over division of said funds.
      Tatyana Babakaeva and Nikolai I. Sinkine jointly own the funds in the escrow account, including any accrued interest, and have unrestricted joint legal title to that property.
      Pursuant to Virginia Supreme Court Rule 6:2-1.15(c)(4) Tatyana Babakaeva and Nikolai I. Sinkine, the legal owners of said funds, hereby REQUEST that the whole amount of $92,291.07 with the accrued interest be paid per instructions below:

      Please write a check payable to the order of:    **American Funds Service Company**
      Account number:    **69467774 (escrow)**

The fund owners will come by your office at the address noted below to pick up the check:

      Quadros & Assoc. PC
      2715 Huntington Ave.
      Newport News, VA

      Additionally, pursuant to Virginia Supreme Court Rule 6:2-1.15(c)(3) the owners of said funds REQUEST that complete records regarding the relevant escrow account be furnished to them.

      Respectfully,

*Tatyana Babakaeva*
    Tatyana Babakaeva

*Nikolai Sinkine*
    Nikolai I. Sinkine

**QUADROS & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

173528.001

(757) 244-4611
FAX (757) 244-4631

ROBERT P. QUADROS

RAYMOND B. BACON

April 4, 2008

Tatyana Babakaeva
2124 Criston Drive
Newport News, VA  23602

    **RE: Wilson & Wilson, P.C. v. Tatyana Babakaeva**

Dear Ms. Babakaeva:

    Mr. and Mrs. Wilson are both out of the country until April 9, 2008.

    No one else in their office is authorized to sign checks pursuant to your most recent letter.  As soon as they return the funds will be turned over to the payee.

                        Very truly yours,

                        Quadros & Associates, P.C.

                        Robert P. Quadros

RPQ/sjp

cc: Wilson & Wilson, P.C.

                **THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT.**
        **ANY INFORMATION OBTAINED THEREFROM MAY BE USED FOR THAT PURPOSE.**

QUADROS & ASSOCIATES, P.C.
ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

(757) 244-4611
FAX (757) 244-4631

173528.001

ROBERT P. QUADROS

RAYMOND B. BACON

April 10, 2008

Tatyana Babakaeva
2124 Criston Drive
Newport News, VA 23602

    RE: Wilson & Wilson, P.C. v. Tatyana Babakaeva

Dear Ms. Babakaeva:

    With regard to the above matter, I have spoken by phone with Mr. Wilson just after our phone conversation. Mr. Wilson advises that the money his trust account holds is being held by court order. That means he cannot disburse the money without the further order of the court. That would require you and your ex-husband, or you, or him, to get the order changed and have the court specifically order Mr. Wilson what to do with your money.

                Very truly yours,

                Quadros & Associates, P.C.

                Robert P. Quadros

RPQ/sjp

cc: Paul Wilson, Esquire
    Bryan Schempf, Esquire

THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT.
ANY INFORMATION OBTAINED THEREFROM MAY BE USED FOR THAT PURPOSE.

Tatyana Babakaeva
2124 Criston Dr.
Newport News, VA 23602

May 15, 2008

Paul Wilson, Esq.
c/o Rober Quadros, Esq.
Quadros & Assoc. PC
2715 Huntington Ave.
Newport News, VA  23607

Dear Rober Quadros:

On or about March 28, 2008 my ex-husband and I sent you a joint letter requesting, *inter alia*, that your client, Mr.Paul Wilson, Esq. provides us with complete records regarding the escrow account(s) holding our joint property. We have never got a courtesy of response to this request.

Though you expressed your client's position that my final Decree of Divorce directs Mr.Wilson to withhold our property, there is no indication whatsoever that Mr.Wilson is relieved from the obligation to render to me the copies of the records regarding the funds held in the escrow.

I am asking you to kindly provide me, within five (5) days upon receipt of this letter, with the legal authority and any reasons supporting why I should not ask the Court to compel Mr.Wilson's compliance with Virginia Supreme Court Rule 6:2-1.15(c)(3).

Sincerely,

*Tatyana Babakaeva*

Tatyana Babakaeva

SS #22 Ju.B. 1/2

4:11cv78  PLAINTIFF 28