# Exhibit 23

*VIRGINIA:* IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS

| | | |
|---|---|---|
| Jones, Blechman, Woltz & Kelly, P.C., | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No. CL0801064-04 |
| | : | |
| Nikolai I. Sinkine, | : | |
| Defendant | : | |

### ORDER

**THIS MATTER CAME TO BE HEARD** upon Plaintiff's Complaint for Pretrial Attachment, and,

This Court having heard from Bryan Schempf, and counsel for Bryan Schempf, with no appearance being made by any other party, and,

Upon consideration of the testimony and other evidence presented, it is hereby

***ORDERED, ADJUDGED*** and ***DECREED*** that Paul H. Wilson remit to the Clerk of the Circuit Court of Newport News, Virginia all of the funds that he holds in escrow and is the subject of this Court's previous Order entered on July 16, 2008 in this matter until further Motions are made or other Orders are entered in this matter.

It is further ***ORDERED, ADJUDGED*** and ***DECREED*** that the Clerk of this Court not release any portion of the funds without further Order of this Court.

Entered this ____ day of _____ 2008.

H. Vincent Conway, Jr., Judge

I ask for this:

Raymond B. Bacon. VSB #35376
Quadros & Associates, P.C.
2715 Huntington Avenue
Newport News, VA 23607
(757) 223-2013
Counsel for Plaintiff
#177594.001

I certify that the documents to which this authentication is affixed are true copies of a record in the Newport News Circuit Court, that I have custody of the record and that I am the custodian of that record.

Rex A. Davis, Clerk
By _____ D.C.

4:11cv78  PLAINTIFF-44