**Exhibit 24**

# Jones, Blechman, Woltz & Kelly, P.C.

## Attorneys and Counselors at Law

RAYMOND H. SUTTLE
B.M. MILLNER
RALPH M. GOLDSTEIN
JOHN T. TOMPKINS, III
CONWAY H. SHIELD, III
DAVID W. OTEY
HERBERT V. KELLY, JR.
ALLEN C. TANNER, JR.
RICHARD B. DONALDSON, JR.
DAVID W. OTEY, JR.
MICHAEL B. WARE
ROBYN HYLTON HANSEN
LEONARD C. HEATH, JR.
RAYMOND H. SUTTLE, JR.
BRYAN H. SCHEMPF
HELENA S. MOCK
J. VANCE STALLINGS
SUSAN E. LASCOLB
MATTHEW D. MEADOWS

701 TOWN CENTER DRIVE, SUITE 800
POST OFFICE BOX 12888
NEWPORT NEWS, VIRGINIA 23612-2888
(757) 873-8000
FACSIMILE (757) 873-8103

485 McLAWS CIRCLE
WILLIAMSBURG, VIRGINIA 23185
(757) 259-5700
FACSIMILE (757) 259-5717

ALLAN D. JONES, 1875-1954
DANIEL SCHLOSSER, 1915-1977
F.O. BLECHMAN, 1905-1980
ARTHUR W. WOLTZ, 1905-1995
THOMAS N. DOWNING, 1919-2001
SVEIN J. LASSEN, 1947-2006
HERBERT V. KELLY, 1920-2007

REBECCA L. SHWAYDER AMAN
JENNIFER L. MUSE
LAUREN C. BADDAR
JOSEPH F. VERSER
GENEVA N. PERRY
C. PATRICK TENCH

REPLY TO: Newport News
Direct Dial No. 873-8110
Internet E-Mail Address: bschempf@jbwk.com

June 6, 2008

Robert P. Quadros, Esquire
Quadros & Associates, P.C.
2715 Hunting Avenue
Newport News, VA 23607

Re:   Jones, Blechman, Woltz & Kelly, P.C. v. Nikolai I. Sinkine

Dear Bob:

Please find enclosed a copy of the bond we have obtained with regard to the above-captioned matter.

I would appreciate your calling me in order that we may discuss why in your draft Complaint you are attaching the entire funds being held in escrow rather than the maximum indebtedness of $31,408.88.

Thank you for you continued assistance in this matter.

Very truly yours,

JONES, BLECHMAN, WOLTZ & KELLY, P.C.

Bryan H. Schempf

BHS/ssp
Enclosure
(435919)

Please visit our website at www.jbwk.com

4:11cv78 PLAINTIFF-38