# Exhibit 25

**QUADROS & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

(757) 244-4611
FAX (757) 244-4631

177594.001

ROBERT P. QUADROS

RAYMOND B. BACON

August 22, 2008

Paul H. Wilson, Esquire
3814 Kecoughtan Road
Hampton, VA 23669

    RE: Jones, Blechman, Woltz & Kelly v. Nikolai I. Sinkine

Dear Mr. Wilson,

    This letter is written in regard to the above-referenced matter. Enclosed please find a copy of an *Order* what was entered August 18, 2008 by Judge Conway of the Newport News Circuit Court. Per Mr. Quadros, we will file a Motion to amend this Order.

                               Very truly yours,

                                 Quadros & Associates, P.C.

                                 Raymond B. Bacon

RBB/sjp
Enclosure

cc: Bryan H. Schempf, Esquire