# Exhibit 29

**QUADROS & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2715 HUNTINGTON AVE.
NEWPORT NEWS, VIRGINIA 23607

(757) 244-4611
FAX (757) 244-4631

ROBERT P. QUADROS

RAYMOND B. BACON

September 18, 2009

Tatyana A. Babakaeva
2124 Criston Drive
Newport News, VA 23602

RE: Jones, Blechman, Woltz & Kelly, PC v. Nikolai Sinkine
Our File No. 177594.001

Dear Ms. Babakaeva:

With regard to the above matter, my secretary advises me that you contacted her by phone in the early afternoon of September 14, 2009 expressing that the court date given was not convenient for you and that you want a jury trial.

Please be advised that you are not yet a party to this matter, and as such your attempt to influence or change the litigation in any way will be brought to the attention of the Court.

In addition, your intention of attempting to intervene will be met with the most rigorous defense, as it is unheard and inappropriate.

Also, please be advised I will be requesting the Court for sanctions for these inappropriate actions.

**TAKE NOTICE AND GOVERN YOUR FUTURE ACTIONS ACCORDINGLY.**

Very truly yours,

Quadros & Associates, P.C.

Robert P. Quadros

RPQ/sjp

cc: Bryan Schempf, Esquire

**THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT.
ANY INFORMATION OBTAINED THEREFROM MAY BE USED FOR THAT PURPOSE.**