*Exhibit 32*

| VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS |

**Jones, Blechman, Woltz & Kelly, P.C.,**
    Plaintiff

v.                                                Case No. CL0901007V-04

**Nikolai I. Sinkine,**
    Defendant

## ORDER

THIS DAY came your Plaintiff, Jones, Blechman, Woltz & Kelly, P.C., by counsel, and moved this Court to dismiss the Motion to Intervene by Tatyana Babakaeva as a Co-Defendant.

There appearing sufficient cause so to do, it is hereby **ORDERED** that the Motion to Intervene by Tatyana Babakaeva as a Co-Defendant is hereby dismissed.

ENTERED this **30** day of **December**, 20 **09**.

_____
Timothy S. Fisher, Judge

I ask for this:

_____
Robert P. Quadros, VSB #14402
Raymond B. Bacon, VSB #35376
Quadros & Associates, P.C.
2715 Huntington Avenue
Newport News, VA 23607
(757) 244-4611
#177594.001

Tatyana Babakaeva
Signature Waived by Order of Court

I certify that the documents to which this authentication is affixed are true copies of a record in the Newport News Circuit Court that I have custody of the record and that I am the custodian of that record.

Rex A. Davis, Clerk
By _____ D.C.