Exhibit 34

1    V I R G I N I A:
       IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS

2

3    ------------------------------------

4    WILSON & WILSON, P.C.
               Plaintiff,

5      vs.                 CASE NO.  CL0900448V-04

6    TATYANA A. BABAKAEVA,
               Defendant.

7

8    ------------------------------------

9         BEFORE:  The Honorable Timothy S. Fisher, Judge
         DATE:    April 15, 2010

10

11                    ----oOo----

12

13    APPEARANCES:    ROBERT P. QUADROS, ESQ.
                  Quadros & Associates
14                  2715 Huntington Avenue
                  Newport News, Virginia  23607
15                  Counsel on behalf of the Plaintiff

16                  TATYANA A. BABAKAEVA, PRO SE

17

18

19

20         Reported by:   Melissa S. Magera

21

22

23

24

25                                ORIGINAL

**$**

$2,900 [1] - 26:7
$3,000 [2] - 5:15, 5:17

**'**

'07 [1] - 16:10

**1**

10 [1] - 9:7
10:00 [1] - 7:21
15 [1] - 1:9
16.1-88.01 [1] - 3:17
176927 [1] - 30:19

**2**

2010 [3] - 1:9, 9:8, 30:8
2014 [1] - 30:18
23607 [1] - 1:14
2715 [1] - 1:13
27th [1] - 30:8
28 [1] - 30:18
280 [1] - 3:14
29th [10] - 2:11, 2:12, 5:23, 21:9, 22:6, 22:15, 22:24, 28:5, 28:15, 29:21

**3**

30-year [1] - 18:4
35 [1] - 12:4

**4**

47 [1] - 7:11

**5**

5th [1] - 23:23

**6**

6 [1] - 9:8
6th [1] - 16:10

**8**

8.01-271.1 [1] - 9:1

8.01-28 [6] - 3:8, 3:16, 3:20, 6:15, 7:11, 7:22

**A**

able [1] - 6:13
absolutely [2] - 17:20, 29:7
accident [2] - 17:23, 17:24
account [6] - 3:18, 8:8, 15:12, 15:14, 16:2, 16:19
accurate [2] - 9:11, 30:6
activity [6] - 2:13, 3:3, 5:16, 6:10, 6:14, 7:19
additional [1] - 29:1
addressed [1] - 24:11
admissible [2] - 17:13, 17:25
admission [3] - 18:11, 18:16, 18:17
admissions [2] - 18:20, 18:23
admit [2] - 2:15, 18:17
admitted [5] - 17:2, 17:8, 17:10, 18:21, 20:16
admitting [1] - 27:6
affidavit [17] - 3:4, 3:19, 4:5, 4:15, 6:1, 6:2, 6:18, 6:24, 8:5, 8:14, 8:17, 9:4, 9:15, 11:4, 11:16, 15:13
affidavits [2] - 3:15, 8:1
affirmed [1] - 25:23
afford [1] - 7:18
afraid [1] - 7:21
agent [2] - 7:10, 8:17
aggravated [1] - 25:1
ago [1] - 2:18
agree [1] - 8:23
agreement [2] - 11:5, 13:8
agrees [1] - 19:3
ahead [2] - 23:11, 28:24
air [1] - 10:1
allegedly [1] - 9:5
allow [3] - 7:18, 19:17, 27:7
allowed [2] - 7:10, 12:21

almost [2] - 21:12, 26:6
amended [2] - 18:7, 19:15
answer [5] - 18:7, 25:11, 25:16, 27:4, 27:17
Answers [1] - 24:10
answers [8] - 15:2, 17:11, 18:10, 19:15, 23:17, 24:8, 24:12, 24:15
anyway [7] - 3:1, 6:10, 6:22, 10:25, 15:6, 24:25, 26:2
Anyway [1] - 2:6
appeal [1] - 19:24
APPEARANCES [1] - 1:12
appearing [2] - 9:3, 9:4
appropriate [1] - 15:4
approved [2] - 5:5, 17:1
April [9] - 1:9, 2:11, 2:12, 9:8, 21:9, 22:6, 22:15, 22:24, 30:8
arguing [2] - 11:19, 11:25
argument [2] - 8:24, 11:21
Associates [1] - 1:13
assume [8] - 10:20, 10:24, 11:5, 15:7, 16:2, 18:1, 21:9, 25:4
attached [4] - 9:11, 16:4, 16:10, 16:13
attempt [2] - 9:6, 24:1
attorney's [2] - 5:15, 5:18
authorized [1] - 5:2
available [1] - 2:19
Avenue [1] - 1:13
avoid [1] - 19:21
award [4] - 2:17, 8:21, 11:15, 28:10
aware [1] - 18:3

**B**

BABAKAEVA [51] - 1:6, 1:15, 2:8, 3:9, 3:11, 6:4, 6:7, 7:24, 8:3, 8:7, 8:16, 9:16, 10:4, 10:22, 11:2, 12:13, 12:17, 12:23, 13:2, 13:9, 13:11,

13:22, 14:2, 14:12, 14:14, 15:11, 15:14, 15:17, 15:20, 15:22, 16:24, 20:18, 21:1, 21:4, 21:8, 21:17, 23:1, 23:3, 24:18, 25:5, 25:10, 26:10, 26:24, 27:1, 27:23, 28:3, 28:20, 29:1, 29:5, 29:8, 29:11
Babakaeva [16] - 2:6, 2:15, 3:13, 12:11, 14:3, 15:9, 16:22, 20:7, 20:17, 20:25, 21:14, 21:20, 23:18, 24:9, 28:13, 29:19
bad [1] - 4:15
Bahamas [1] - 17:9
based [1] - 12:8
baseless [1] - 10:15
basic [1] - 6:15
basis [4] - 6:13, 7:17, 7:19, 20:8
BEFORE [1] - 1:9
behalf [1] - 1:14
bench [1] - 27:15
better [2] - 11:20, 25:13
between [1] - 23:10
big [2] - 22:1
bill [1] - 13:19
billing [1] - 16:3
book [1] - 19:24
bother [2] - 23:8, 27:25
box [1] - 18:4
brand [1] - 4:1
breach [3] - 5:18, 10:16, 20:22
bridge [1] - 11:7
brought [1] - 23:17
bunch [2] - 9:25, 16:10
business [1] - 29:18

**C**

CASE [1] - 1:5
case [26] - 5:17, 5:18, 5:21, 5:22, 9:21, 9:23, 9:25, 10:1, 10:25, 11:20, 13:4, 16:17, 16:18, 16:21, 17:23, 19:13, 20:9, 20:10, 20:12, 20:21, 22:23, 22:24, 24:10, 24:11, 24:14, 26:4
cases [2] - 5:16, 24:12

caused [1] - 18:4
certainly [1] - 2:20
certify [1] - 30:5
chance [3] - 11:10, 29:2, 29:4
check [1] - 22:13
Circuit [2] - 3:16, 3:20
CIRCUIT [1] - 1:1
CITY [2] - 1:1, 30:3
civil [1] - 22:12
civilians [1] - 27:13
CL0900448V-04 [1] - 1:5
claim [3] - 6:19, 26:6, 26:15
clarification [2] - 27:23, 29:2
clerk [1] - 2:16
clerks [1] - 3:15
client [2] - 13:24, 20:12
code [1] - 7:17
Code [3] - 3:7, 7:22, 8:25
collections [1] - 6:22
coming [7] - 9:14, 11:5, 20:1, 20:2, 20:3, 22:12
commission [1] - 30:18
COMMONWEALTH [1] - 30:2
companion [1] - 3:16
complaint [2] - 18:7, 19:15
complaints [1] - 24:4
completely [4] - 4:8, 7:15, 7:16, 9:5
concerned [2] - 12:11, 15:10
concludes [1] - 29:18
conference [6] - 12:18, 12:25, 14:5, 17:19, 17:22, 17:25
conferences [1] - 2:21
consideration [1] - 27:2
consistent [1] - 18:15
constitutional [1] - 22:5
continuing [1] - 22:23
contract [19] - 3:18, 5:18, 10:16, 12:20, 12:23, 13:3, 13:4, 13:23, 14:15, 14:17,