Exhibit 35

```
 1   V I R G I N I A:

 2   IN THE CIRCUIT COURT OF THE CITY OF NEWPORT NEWS

 3

 4   ------------------------------

 5   WILSON & WILSON, P.C.,        :
                Plaintiff,         :
 6                                 :   CL0900448V-04
     VS.                           :
 7                                 :
     TATYANA BABAKAEVA,            :
 8                                 :
                Defendant.         :
 9   ------------------------------

10

11                TRANSCRIPT OF PROCEEDINGS

12

13   DATE:        April 29, 2010

14   BEFORE:      The Honorable Timothy S. Fisher

15

16   APPEARANCES:

17
                  QUADROS & ASSOCIATES, P.C.
18                2517 Huntington Avenue
                  Newport News, VA 23607
19                Attorneys for the Plaintiff
                  By: ROBERT P. QUADROS, ESQUIRE
20                    Of Counsel.

21

22                TATYANA BABAKAEVA
                  Pro Se
23

24                        COPY

25
```

COPY

Biggs & Fleet Court Reporters

business [2] - 50:15, 72:18
buy [2] - 62:4, 62:5
BY [30] - 5:24, 7:24, 8:19, 10:22, 12:23, 17:15, 17:21, 19:9, 19:15, 20:7, 21:12, 22:24, 23:24, 25:1, 27:15, 31:3, 31:23, 33:6, 33:19, 34:21, 36:5, 36:13, 39:5, 39:10, 41:20, 43:6, 44:5, 49:1, 56:4, 57:17

**C**

calculate [3] - 66:8, 82:12, 82:13
calculation [1] - 69:8
calculations [1] - 66:12
calculator [1] - 68:3
cancelled [1] - 13:14
cannot [9] - 14:4, 26:14, 42:23, 44:22, 45:1, 48:5, 55:20, 72:20, 73:18
caption [1] - 94:9
car [1] - 26:10
care [3] - 70:5, 90:25, 91:21
cares [1] - 85:21
Carraher [2] - 94:6, 94:15
carries [2] - 81:23, 82:15
carry [1] - 82:24
case [47] - 3:15, 10:2, 10:13, 11:16, 14:2, 14:23, 17:8, 20:24, 21:5, 22:10, 23:2, 23:4, 23:7, 23:13, 23:15, 23:25, 24:2, 24:11, 24:17, 25:4, 25:20, 27:3, 27:4, 28:14, 35:15, 48:8, 49:14, 49:23, 50:6, 50:17, 51:11, 53:25, 55:1, 55:2, 59:12, 68:4, 76:6, 76:21, 78:11, 80:16, 85:5, 91:6, 92:14, 92:15
cases [7] - 22:21, 22:25, 24:7, 24:15, 24:16, 24:18, 78:19
cents [3] - 16:9, 16:10, 63:6
certain [1] - 80:11
Certainly [1] - 16:1

certainly [8] - 3:19, 28:20, 32:7, 34:7, 44:23, 45:6, 55:2, 92:22
certificate [1] - 84:16
certify [1] - 94:7
challenging [6] - 86:7, 87:16, 87:17, 87:22, 87:24, 88:9
change [4] - 7:3, 32:8, 42:14, 82:19
changed [1] - 11:14
changing [1] - 79:14
charge [20] - 16:18, 16:24, 25:3, 25:12, 25:24, 45:19, 45:20, 50:19, 51:9, 51:13, 51:19, 52:13, 61:1, 62:21, 62:23, 63:4, 64:15, 64:24, 65:7
charged [9] - 16:21, 17:16, 17:23, 25:7, 25:9, 25:10, 43:19, 65:25, 79:22
Charges [1] - 65:15
charges [7] - 15:20, 15:22, 37:16, 41:7, 41:25, 65:3, 65:15
charging [2] - 16:2, 17:10
check [4] - 32:14, 61:11, 63:14, 70:15
child [7] - 28:10, 28:19, 35:4, 35:6, 53:13, 53:17, 80:18
childbirth [1] - 89:3
chosen [1] - 75:20
CIRCUIT [1] - 1:2
circuit [4] - 75:24, 85:6, 85:8, 90:21
Circuit [1] - 22:22
Circular [1] - 70:12
circumstances [1] - 35:7
cited [1] - 86:8
CITY [2] - 1:2, 94:4
CL0900448V-04 [1] - 1:6
claim [3] - 14:15, 73:18, 73:19
clause [1] - 16:21
clear [2] - 75:17, 80:15
clerk's [1] - 86:1
clerks [1] - 85:25
client [21] - 12:7, 22:3, 23:19, 25:3, 25:13, 39:19, 42:2, 42:17, 51:11, 56:13, 64:17, 64:23, 79:22, 79:23, 80:25, 83:5, 83:7,

83:10, 83:15, 85:14
client's [5] - 46:19, 74:25, 83:12, 83:13, 83:21
clients [8] - 9:24, 10:9, 10:11, 16:2, 29:2, 45:7, 62:9, 62:15
closed [3] - 11:16, 42:13, 68:12
Code [2] - 82:7, 84:11
collect [3] - 67:23, 78:5, 83:10
collection [1] - 77:20
College [1] - 9:9
coming [3] - 27:17, 37:11, 80:19
Coming [1] - 27:19
comment [1] - 47:12
comments [2] - 69:4, 83:3
Commission [1] - 94:24
Commissioner [1] - 89:23
COMMONWEALTH [1] - 94:3
Commonwealth [1] - 89:23
companion [1] - 85:7
compare [2] - 18:1, 45:10
compelled [1] - 73:4
compilation [2] - 11:1, 11:9
complained [1] - 14:5
complaint [12] - 18:10, 18:17, 19:1, 19:13, 20:17, 52:18, 52:21, 52:24, 54:19, 56:22, 56:24, 57:12
Complaint [1] - 18:16
completed [1] - 9:9
completely [6] - 48:22, 69:5, 69:7, 85:3, 86:5, 87:14
complicated [4] - 10:10, 28:22, 40:16, 78:11
comprised [1] - 41:24
compute [1] - 6:15
computer [5] - 6:24, 7:1, 11:3, 15:3, 44:8
concentrate [1] - 9:19
concluded [2] - 28:14, 76:5
concluding [1] - 28:9
conference [2] - 89:17, 93:8
confess [1] - 92:17
confirming [1] - 15:7

conflicts [1] - 83:17
confused [1] - 86:5
confusing [1] - 43:16
consider [4] - 49:24, 65:14, 84:9, 86:21
consideration [1] - 83:18
considered [2] - 11:4, 78:3
constitutes [1] - 84:16
consumer [1] - 17:1
contain [2] - 13:5, 16:20
Contested [1] - 7:6
contested [2] - 3:24, 29:7
contingent [1] - 6:15
continue [2] - 80:14, 80:16
continued [2] - 11:16, 17:9
Contract [2] - 2:17, 7:6
contract [34] - 3:15, 7:25, 8:20, 13:1, 16:18, 16:19, 16:20, 29:5, 49:3, 52:10, 59:23, 60:15, 60:24, 62:21, 63:15, 65:20, 65:21, 71:9, 72:22, 73:4, 73:22, 76:1, 76:21, 76:22, 76:25, 77:19, 77:22, 81:6, 81:19, 81:21, 82:9, 82:10
contradicts [1] - 48:22
controversy [1] - 3:15
convenient [1] - 5:5
conversation [2] - 15:6, 68:10
copied [1] - 51:21
copier [2] - 62:5, 62:6
copies [31] - 6:11, 40:20, 49:22, 50:7, 50:9, 50:20, 50:21, 51:2, 51:4, 51:6, 51:10, 51:20, 52:1, 52:7, 59:22, 60:12, 61:19, 63:3, 63:5, 63:6, 63:15, 64:1, 64:14, 64:17, 69:10, 83:6, 83:15, 83:22, 84:2, 88:6
Copies [1] - 62:3
copy [13] - 7:7, 7:14, 49:23, 51:8, 51:12, 51:16, 55:17, 63:19, 64:12, 64:25, 66:5, 74:19, 83:11
copying [14] - 49:3,

49:4, 49:6, 49:8, 49:9, 49:15, 50:2, 50:4, 60:13, 61:16, 77:7, 83:3
corporation [1] - 6:4
correct [29] - 13:3, 13:10, 13:17, 14:17, 15:20, 15:22, 21:25, 30:14, 30:25, 31:24, 35:1, 35:19, 36:25, 37:6, 38:1, 38:2, 45:4, 47:8, 48:14, 49:19, 52:4, 66:14, 72:21, 75:3, 75:8, 75:23, 81:22, 82:25, 94:7
Correct [12] - 6:22, 21:23, 23:16, 28:5, 29:10, 29:14, 30:23, 37:2, 41:10, 42:25, 52:11, 54:22
corrections [1] - 13:12
correctly [4] - 12:25, 14:22, 23:19, 41:15
correspondence [1] - 15:1
cost [11] - 49:18, 49:20, 50:11, 50:12, 60:13, 60:15, 62:7, 64:4, 64:5, 75:1, 84:24
costs [16] - 8:7, 43:17, 49:3, 49:4, 50:5, 50:6, 60:13, 60:23, 61:16, 62:4, 62:6, 62:25, 63:11, 77:7, 83:8, 83:10
Costs [1] - 63:16
Counsel [1] - 1:20
counsel [3] - 15:2, 20:10, 57:9
country [5] - 27:23, 28:17, 28:18, 29:18, 72:25
couple [3] - 45:17, 80:2, 85:24
course [7] - 6:7, 9:9, 10:1, 11:14, 72:18, 84:3, 84:13
Court [35] - 3:1, 7:22, 8:17, 10:17, 22:4, 22:22, 28:9, 30:1, 30:7, 31:21, 36:17, 36:18, 36:20, 37:1, 37:20, 39:1, 53:15, 53:16, 53:17, 59:2, 64:16, 65:5, 67:10, 67:20, 79:20, 82:11, 83:4, 88:15, 89:9, 89:11, 89:13, 92:14,