Exhibit 36-

VIRGINIA IN THE CIRCUIT COURT FOR THE CITY OF HAMPTON

NIKOLAI I. SINKINE,

    Plaintiff

    v.                               Case # CL06-110

TATYANA A. BABAKAEVA

    Defendant

### *AGREEMENT*

The above referednced parties agree that the proceeds fro the sale of the

property located at 1 Pelican shores Dr. Hampton, Va 23666 shall be

distributed as follow: each party to receive a check from the closing proceeds

in the amount of $28,000. tha balance of the proceeds to be wired to the

trust account of the law firm of Wilson & Wilson to be held pending equitable

distribution,

    *YOU MAY GOVERN YOURSELF ACCORDINGLY.*


*Tatyana A. Babakawa*
TATYANA A. BABAKAEVA

*Nivolai I Sinnine*
NIKOLAI I. SINKINE

**WILSON & WILSON, PC**

744-A Thimble Shoals Blvd.
Newport News, VA 23606
(757) 873-6620 Telephone
(757) 873-1938 Telefax
Phw@wilsonlaw.org

4:11 cv 78 PLAINTIFF-144