Exhibit 37

**VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS**

Jones, Blechman, Woltz & Kelly, P.C.,
    Plaintiff

v.                                        Case No. CL0801064-04

Nikolai I. Sinkine,
    Defendant

## ORDER

**THIS MATTER CAME TO BE HEARD** upon Plaintiff's Motion to Amend Order and,

Upon consideration of the testimony and other evidence presented, it is hereby

***ORDERED, ADJUDGED*** and ***DECREED*** that this Court amend its previous Order entered on August 18, 2008 to instruct Paul H. Wilson to hold funds held by the Law Offices of Wilson & Wilson, P.C. for the use and benefit of Nikolai I. Sinkine in escrow until further Order of this Court or the Circuit Court for the City of Hampton, Virginia.

Entered this _____ day of _____, 2008.

_____
H. Vincent Conway, Jr., Judge

[handwritten: "deny"]

I ask for this:

*/s/ Raymond B. Bacon*
Raymond B. Bacon, VSB #35376
Quadros & Associates, P.C.
2715 Huntington Avenue
Newport News, VA 23607
(757) 223-2013
Counsel for Plaintiff
#177594.001

4:11cv78 PLAINTIFF-50