Exhibit 38

# DEBT AFFIDAVIT

STATE OF VIRGINIA

CITY OF NEWPORT NEWS, to-wit:

This day personally appeared before me, Linda S. Lockwood, a Notary Public in and for the City/County and State aforesaid, the undersigned, who being duly sworn states that he/she is an authorized special agent of the plaintiff, RICHARD G. POINSETT, ESQ., and that to the best of his/her knowledge and belief defendant, ANDRE CLARK is justly indebted to the plaintiff, RICHARD G. POINSETT, ESQ., in the principal sum of $ 2045.00, with late fees of $ 0.00, with interest at 6.0000%, and attorney fees of $ 511.25, no part of which has been paid and against which there are no lawful offsets or counter claims.

_____
Designated Agent

Subscribed and sworn to before me on March 4, 2010.

_____
Notary Public

My commission expires: February 29, 2012
Commonwealth of Va. Registration No. 219025

Q&A:D111 190695.001
LSL

DEBT AFFIDAVIT

STATE OF VIRGINIA

CITY OF NEWPORT NEWS, to-wit:

This day personally appeared before me Debra S. Taylor, a Notary Public in and for the City/County and State aforesaid, the undersigned, who being duly sworn states that he/she is an authorized special agent of the plaintiff, 1st Advantage Fed Credit Union, and that to the best of his/her knowledge and belief defendant, <u>Edward L. Borden</u> is justly indebted to the plaintiff, 1st Advantage Fed Credit Union, in the principal sum of $3352.56, with late fees of $0.00, with interest at 8.25%, and attorney fees of $838.14, no part of which has been paid and against which there are no lawful offsets or counter claims.

_____
   (signature)

Subscribed and sworn to before me on October 21, 2004.

_____
Notary Public

My commission expires: September 30, 2008

Q&A:d111 144045.00 /99 //

1st Advantage Fed Credit Union /Edward L. Borden

## DEBT AFFIDAVIT

STATE OF VIRGINIA

CITY OF NEWPORT NEWS, to-wit:

This day personally appeared before me, Linda S. Lockwood, a Notary Public in and for the City/County and State aforesaid, the undersigned, who being duly sworn states that he/she is an authorized special agent of the plaintiff, SALTERS CREEK MEDICAL GROUP, and that to the best of his/her knowledge and belief defendant, MELISSA WALTON is justly indebted to the plaintiff, SALTERS CREEK MEDICAL GROUP, in the principal sum of $ 4351.36, with late fees of $ 0.00, with interest at 6.0000%, and attorney fees of $ 1450.31, no part of which has been paid and against which there are no lawful offsets or counter claims.

_____
Designated Agent

Subscribed and sworn to before me on March 8, 2010.

_____
Notary Public

My commission expires: February 29, 2012
Commonwealth of Va. Registration No. 219025

Q&A:D111 193542.001
LSL

STATE OF VIRGINIA

CITY OF NEWPORT NEWS, to-wit:

This day personally appeared before me, Linda S. Lockwood, a Notary Public in and for the City/County and State aforesaid, the undersigned, who being duly sworn states that he/she is an authorized special agent of the plaintiff, WILSON & WILSON, P.C., and that to the best of his/her knowledge and belief defendant, ELIZABETH L. SELF is justly indebted to the plaintiff, WILSON & WILSON, P.C., in the principal sum of $ 5318.41, with late fees of $ 0.00, with interest at 6.0000%, and attorney fees of $ 1329.61, no part of which has been paid and against which there are no lawful offsets or counter claims.

_____
Designated Agent

Subscribed and sworn to before me on December 7, 2009.

_____
Notary Public

My commission expires: February 29, 2012
Commonwealth of Va. Registration No. 219025

Q&A:D111 190673.001
LSL

# DEBT AFFIDAVIT

STATE OF VIRGINIA

CITY OF NEWPORT NEWS, to-wit:

This day personally appeared before me, Cecilia Nguyen, a Notary Public in and for the City/County and State aforesaid, the undersigned, who being duly sworn states that he/she is an authorized special agent of the plaintiff, WILSON & WILSON, P.C., and that to the best of his/her knowledge and belief defendant, FRANCES JENERETTE is justly indebted to the plaintiff, WILSON & WILSON, P.C., in the principal sum of $ 457.38, with late fees of $ 0.00, with interest at 6.0000 %, and attorney fees of $ 114.34, no part of which has been paid and against which there are no lawful offsets or counter claims.

_____
Designated Agent

Subscribed and sworn to before me on April 10, 2008.

_____
Notary Public

My commission expires: June 30, 2010
Notary Registration No.: 7056879

Q&A:D111 176001.001 CN