**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

FILED
MAR 30 2012
CLERK, U S DISTRICT COURT
NORFOLK, VA

TATYANA A. BABAKAEVA,

    Plaintiff,

v.                                          Case No. 4:11cv78

ROBERT P. QUADROS, et al.,

    Defendants.

ORDER

The undersigned United States Magistrate Judge conducted a settlement conference and discussions in the above-styled matter. During the course of this settlement conference, the undersigned conducted ex parte discussions with all the parties and expressed opinions on legal and factual issues. Because of the nature of the settlement discussions, the undersigned cannot preside over any contested issues in this case. Therefore, the Clerk is DIRECTED to assign any matters which arise in this case to an alternate United States Magistrate Judge.

The Clerk shall mail a copy of this Order to counsel of record for the plaintiff and defendants, and to the Courtroom Deputies for the Honorable Raymond A. Jackson and the undersigned.

IT IS SO ORDERED.

/s/ F. Bradford Stillman
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

March 30, 2012