IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk-Newport News Division

FILED
APR 2 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| TATYANA A. BABAKAEVA, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:11-cv-78 |
| ROBERT P. QUADROS, ESQ. RAYMOND BACON, ESQ., QUADROS & ASSOCIATES, P.C., | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff, Tatyana A. Babakaeva, *pro se*, and Defendants, Robert P. Quadros, Raymond Bacon and Quadros & Associates, P.C., by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), and stipulate, agree and consent to a voluntary dismissal of this matter with prejudice. The parties further stipulate and agree that each party shall bear their own costs and attorney's fees incurred in this action.

SO ORDERED:

/s/
Raymond A. Jackson
United States District Judge

Dated: April 2, 2012

Endorsements on 2nd page.

We ask for this:

Dated: 03.29.2012

*Tatyana A Babakaeva*
Tatyana A. Babakaeva
2124 Criston Drive
Newport News, Virginia 23602
*Pro se Plaintiff*

Dated: 29 March 12

*Mary T. Morgan*
Mary T. Morgan, Esq. VSB No.: 44955
COOPER, SPONG & DAVIS, P.C.
200 High Street, Suite 500
Portsmouth, Virginia 23704
(757) 397-3481
(757) 397-8167 (Facsimile)
mmorgan@portslaw.com
*Counsel for Defendants Robert P. Quadros,
Raymond Bacon and Quadros & Associates, P.C.*